NO. 07-04-0582-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL C



APRIL 12, 2006



______________________________




GARY O. GARDNER, BEULAH DARLENE GARDNER, 


HOLLISTER GARDNER, APPELLANTS



V.



LARRY PICKARD STEWART, SHERIFF OF SWISHER COUNTY, TEXAS;


HONORABLE ED SELF, ACTING AS SWISHER COUNTY JUDGE


IN CAUSE NO. 1795, APPELLEES



_________________________________



FROM THE 64TH DISTRICT COURT OF SWISHER COUNTY;



NO. A10362-02-10; HONORABLE JACK D. YOUNG, JUDGE



_______________________________



Before QUINN, C.J., and REAVIS and HANCOCK, JJ.


 ON MOTION FOR REHEARING




 Remaining convinced that our original disposition was correct, we overrule the
motion for rehearing of Gary O. Gardner, Beulah Darlene Gardner, and Hollister Gardner,
with these additional comments.

 The Gardners allege error in our decision based upon our consideration of the
jurisdiction question because it was not raised by Sheriff Stewart and Judge Self. However,
they overlook our holding that we did not have jurisdiction to address the issues, and
references in our January 14, 2004, Memorandum Opinion on Motion for Rehearing in
Cause No. 07-02-0513-CV, to section 65.023 of the Texas Civil Practice and Remedies
Code Annotated (Vernon 1997), and to Burton v. Cantu, 960 S.W.2d 91, 95
(Tex.App.-Corpus Christi 1997, no writ). 

 Accordingly, the Gardners' motion for rehearing is overruled. 


 Don H. Reavis

 Justice